ORIGI...

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

MAY 1 2 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| DALFORD L. ENGLAND, ) <br> Individually and as ) <br> EnerTouch, Inc. and ) <br> GoodCents Concepts, Inc. ) <br> selling stockholders' ) <br> representative; ) <br> CLAYT S. MASON, individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOODCENTS HOLDINGS, INC., ) <br> OCM/GFI POWER OPPORTUNITY ) <br> FUND II, L.P., and ) <br> OCM/GFI POWER OPPORTUNITY ) <br> FUND II (CAYMAN), L.P. ) <br> GFI ENERGY VENTURES, LLC, ) <br> ) <br> Defendants. ) | Case No. <br><br> **1:08-CV-1702** <br><br> RWS |

### Motion to File Documents Under Seal

The undersigned counsel of record for Plaintiffs moves the Court for an Order allowing the enclosed documents to be filed under Seal. The documents, referenced and described in Plaintiff's Declaratory Judgment

Complaint, contain sensitive, confidential business information that Plaintiffs believe should be protected from open electronic access.

A proposed Order is submitted with this Motion.

Respectfully submitted this 12th day of May 2008.

/s/Robert E. Rigrish
Georgia Bar No. 605573
Thomas Rosseland
Georgia Bar No. 615230
Bodker, Ramsey, Andrews, Winograd &
Wildstein, P.C.
One Securities Centre
Suite 1400
3490 Piedmont Road
Atlanta, GA 30305
Ph. (404) 351-1615
Fax (404) 352-1285
rrigrish@brawwlaw.com

Attorneys for Plaintiffs